PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** SOUTHERN **DISTRICT OF TEXAS**
CORPUS CHRISTI **DIVISION**

United States Courts
Southern District of Texas
FILED
SEP 02 2025
Nathan Ochsner, Clerk of Court

DANNY ALLEN 2436332
Plaintiff's Name and ID Number

McCONNELL UNIT
Place of Confinement

CASE NO. 2:25 CV 00111
(Clerk will assign the number)

v.

INMATE "GARCIA"
Defendant's Name and Address
McCONNELL UNIT
3001 EMILY, BEEVILLE, TEXAS

BRIAN COLLIER
Defendant's Name and Address
McCONNELL UNIT
3001 EMILY, BEEVILLE, TEXAS

CHURCH INMATES
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: AUGUST 16, 2024
2. Parties to previous lawsuit:
   Plaintiff(s) ~~JAVIER SALAZAR~~ DANNY ALLEN
   Defendant(s) JAVIER SALAZAR
3. Court: (If federal, name the district; if state, name the county.) SAN ANTONIO DIVISION
4. Cause number: 2019CR6311, 24CV00937
5. Name of judge to whom case was assigned: JASON PULLIAM
6. Disposition: (Was the case dismissed, appealed, still pending?) PENDING
7. Approximate date of disposition: 11/24/2024

II. PLACE OF PRESENT CONFINEMENT: ALLRED UNIT, 2101 FM 369 N.
IOWA PARK, TEXAS 76367

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: DANNY ALLEN, MS. DESTYNY ALLEN
ALLRED UNIT, 2101 FM 369 N.
IOWA PARK, TEXAS 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: ATTACHED IN FOREGOING

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ATTACHED IN FOREGOING

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ATTACHED IN FOREGOING

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

ATTACHED IN FOREGOING

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2436332

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES __X__ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________

2. Case number: ____________

3. Approximate date sanctions were imposed: ____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES X NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________________

2. Case number: ____________________

3. Approximate date warning was issued: ____________________

Executed on: August 20, 2025
DATE

DANNY ALLEN
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 20 (Day) day of AUGUST (month), 20 25 (year).

DANNY ALLEN
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Case No: 2019CR1314
Case No: 2:25CV00111

# DEFENDANTS

INMATE "GARCIA"
IN FULL INDIVIDUAL CAPACITY
TDCJ MAJOR OF EIGHT BUILDING
IN FULL INDIVIDUAL CAPACITY
TDCJ GUARD "BUTLER" EIGHT BUILDING
IN FULL INDIVIDUAL CAPACITY
TDCJ GUARD "CONSTANTINE" EIGHT BUILDING
IN FULL INDIVIDUAL CAPACITY
TDCJ WARDEN "TANNER"
IN FULL INDIVIDUAL CAPACITY
TDCJ ASSISSTANT WARDEN "TANNER"
IN FULL INDIVIDUAL CAPACITY
TDCJ GUARDS ON HANDWRITEN LEDGER AND TDCJ GUARDS WRITING INCIDENT REPORT
IN FULL INDIVIDUAL CAPACITY
MID-LEVEL PRACTITIONERS
IN ITS FULL CAPACITY
WARDEN BRIAN COLLIER TDCJ
IN FULL INDIVIDUAL CAPACITY
WARDEN BROADCASTING FROM CONNALLY UNIT TDCJ
IN FULL INDIVIDUAL CAPACITY
KEVIN COLLIER
IN FULL INDIVIDUAL CAPACITY
CITY COUNCIL BEEVILLE, TEXAS
IN ITS FULL CAPACITY

TEXAS STATE PATROL
IN ITS FULL CAPACITY
OWNERS, INVESTORS, CHAIR HOLDERS OF
MCCONNELL UNIT BEEVILLE, TEXAS
IN ITS FULL CAPACITY
TEXAS RANGERS
IN ITS FULL CAPACITY
TDCJ MAJOR "VERONICA"
IN FULL INDIVIDUAL CAPACITY
TDCJ TRANSPORT DRIVER TO OFF FACILITY EMERGANCY ROOM HOSPITAL IN FULL INDIVIDUAL CAPACITY
TEXAS CHIEF DISCIPLINARY COUNCELLOR
IN FULL INDIVIDUAL CAPACITY
GOVENOR GREG ABBOTT
IN FULL INDIVIDUAL CAPACITY
STATE OF TEXAS
IN ITS FULL CAPACITY
NEWS MEDIA SAN ANTONIO, TEXAS BROADCAST
IN ITS FULL CAPACITY
INMATES OF MCCONNELL UNIT CHURCH
IN FULL INDIVIDUAL CAPACITY
98.7 FM STAMPEDE "SPILT MILK" (SCRIPPED 106.7 FM DELAWERE COMPANY "COX RADIO", SAN ANTONIO, TEXAS)
OWNER(S), INVESTOR(S), CHAIRHOLDER(S)
IN ITS FULL CAPACITY

(CHURCH INMATE ORDERING "GARCIA" TO PERFORM GANG STYLE HATE CRIME ON PLAINTIFF).

ON MAY 3, 2025 PLAINTIFF WAS AWAKEN BY HOSTILE CONVERSATION OF "GARCIA" (AND A McCONNELL UNIT INMATE CHURCH GROUP), THIS INMATE ANNOUNCED HE WAS A GANG MEMBER AND ASKED "GARCIA" IF HE WAS ACTIVE, "GARCIA" HESITATED, THE CHURCH INMATE SAYS "YOU LIKE LIVING WITH A HOMOSEXUAL", "GARCIA" QUICKLY REPRESENTED HIS GANG AFFILIATION THE CHURCH INMATE SAYS "YOU KNOW WHAT NEEDS TO BE DONE HANDLE IT". "GARCIA" SAYS "I'll HAVE HER DEAD FOR YOU". "GARCIA" TURN TO SEE PLAINTIFF AND SAYS "OH DID YOU HEAR THAT. DON'T WORRY COME DOWN FROM THE BUNK YOUR SAFE HEAR", SO PLAINTIFF CAME DOWN AND NOTIZED THE CHURCH INMATES SETTING UP LOUD SPEAKER EQUIPMENT SOON LOUD ANNOUNCEMENTS STARTED WITH ONE STATEING "SLAY THE QUEER WITCH", "GARCIA'S" DEMEANER CHANGED HE STARTED ACTING LIKE TWO DIFFERENT PEOPLE SPEAKING TO HIM-SELF HE WAS TRYING TO INTEMIDATE THE PLAINTIFF FUELED BY THE CHURCH INMATES, INSIGHTING THE SITUATION, WHOLE POD/CELLBLOCK FULL OF WITTNESSES WHO REPORTED IT LATER. ALSO GRIEVANCES FROM PLAINTIFF BEFORE THE FACT (FROM CELL 68-K3-B2D.8), "GARCIA'S" PREMEDITATED GRIEVANCE(S) WROTE BEFORE THE DATE IN QUESTION. THE GRIEVANCE ABOUT THE GUARD WHO FORCE(ED), (ING) "GARCIA" INTO 68 CELL WITH A TRANSSEXUAL WOMEN (SRS) WHO PROTESTED. GUARDS LEDGER; BODY CAM(S) WILL SHOW.

(SADICTIC CELEBRATION OVER CONVERSATION) (5) SATELLITE PINPOINTS).

INJURY: MALICIOUS ASSAULT PER A LT WORAM THE INJURIES SUSTAINED FROM INMATE "GARCIA" ARE VICIOUS AND EXTENSIVE ENBEDING METAL CHUNCKS INTO PLAINTIFF'S-FACE, FOREHEAD, EYESOCKETS CAUSE SEVER LASHERATION EXCESSIVE BLEEDING SEVER DAMAGE TO THE EYESOCKETS DISFIGURING THE SKULL LEAVING THE BRIDGE OF THE EYE-BROWES UNRECOGNIZABLE CT "CAT" SCAN WILL SHOW (PERFORMED AT OFF FACILITY EMERGENCY ROOM BEEVILLE, TEXAS). THE PERFUSIVE BLEEDING, BEATING ENSUED GRABBING PLAINTIFF'S PANTS TRYING TO PULL THEM OFF "GARCIA" LEAVING HIS BLOODY HAND PRINT AS HE SAVAGELY SEXUALLY ASSAULTED PLAINTIFF SAYING "YOU WON'T EVEN FUCK ME", "PEOPLE LIKE YOU SHOULD NOT EXIST", "I WANT TO PUNCH YOUR BOOBS AND CUT YOUR FACE UP BITCH". SUFFER-ING FROM LOSS OF BLOOD WITH SEVER HEAD TRAUMA PLAINTIFF WAS ABLE TO YELL OUT THE DOOR FOR HELP. TRANSPORT DRIVER LAUGHING SPEEDING SLAMMING ON THE BRAKES OF VEHICAL SAYING "PULL HER OUT AND BEAT HER AGAIN", ON THE WAY TO THE EMERGENCY ROOM.

MOTION FOR FEDERAL SUBPEONA FOR THE FOLLOWING:
(SAX AIR TRAFFIC CONTROL WILL SHOW AS SHOWN ON DATELINE NBC). (CELLULAR FREQUENCIES). (FCC).

TACHTICAL COMMUNICATION [S], PC, SMART DEVICES, TEXT MESSAGES, CELL TOWER [S], MODEM, MECHINCAL DEVICES, ELETRONICAL DEVICES, FULL SCALE REPORT OF SAID INCODENT MAY 3, 2025 McCONNELL UNIT BEEVILLE, TEXAS ANY AND ALL COMMUNICATION (S) IN REFERENCE TO PLAINTIFF "DESTYNY ALLEN", "DANNY ALLEN", "HOPSCOTCH", "LILITH", "DESTYNY PERSONALITY" WILL SHOW: LEONARD SAPD (TOMMY JR. MORENO'S COUSIN), STEVEN SAPD (JOHN MORENO'S FRIEND), DAVE GONSALES BEXAR COUNTY SHERIFF (OWNER DAIRY QUEEN), JOSELIN BEXAR COUNTY SHERIFF (OWNER PIZZA HUT), CAPTAIN ALLIS'AN CONNALLY UNIT, DEAN, DEBRA, KATHLEEN, ROSE, JEANEAN, ELSA BEXAR COUNTY ADULT DETENTION CENTER, REECE BEXAR COUNTY SHERIFF, STAN, WARDEN WALKER McCONNELL UNIT, BENSON INVESTOR McCONNELL UNIT, BYRON, SYNTHIA, JEFF, KAYLA, CORBIT, BEN, NATE, LOYD "MAINTAINANCE", CEASAR BEXAR COUNTY ADULT DETENTION CENTER, PHILLIP BEXAR COUNTY ADULT DETENTION CENTER, MITCHEL WARDEN McCONNELL UNIT, , ROBERT STATE PATROL, GARVIN STATE PATROL, BETH, BEXAR COUNTY SHERIFF BEINAVIDAS (SHE'S FRIENDS WITH JOHN + RONNIE MORENO), JOHN + RONNIE MORENO (HOME SECURITY MONITOR, HOME PC, ETC.), BRAWNY, JENNY INTERNET FORUM, WARDEN DENNIS. RODGER P. (SANTA FE, NEW MEXICO. REALASTATE, S.A, TX), DEFENDANT'S LISTED IN ABOVE SAID.

(INCLUDE DEFENDANTS REAVER AND MELBOURNE).

MID-LEVEL PRACTITIONERS REFUSED SEEING OR TREATING PLAINTIFF NUMEROUS GRIEVANCES, I-60 REQUESTS, PLAINTIFF COMPLAINED AT THE DOOR TO NUMEROUS GUARDS AT CELL 61-12 BLD. PLAINTIFF SUFFERING FROM STAB WOUND METAL CHUNCKS ENBEDED IN FACE AND FOREHEAD COMPLAINED OF DIZZINESS FEELINGS OF PASSING OUT SEVER HEAD TRAUMA BLACK EYES SWOLLEN FACE BRUISING TOLD EVERY GUARD PASSING BY THE CELL INCLUDING MEDICAL STAFF FOR EXCESS OF TWO WEEKS DENIED MEDICAL ATTENTION. MOTION TO SUBPEONA ANY AND ALL I-60 (S) AND GRIEVANCES AND VICTIMS REPORT. MOTION TO SUBPEONA CT "CAT" SCAN, VIDEOS, BODY CAM, AND PHOTOGRAPHS OF PLAINTIFF. McCONNELL UNIT.

ABURPTLY MOVED TO ALLRED UNIT JUNE 2, 2025 PURPOSELY HIDING PLAINTIFF'S INJURIES FROM FAMILY WHO WAS DENIED ACCESS TO SEE PLAINTIFF. THIS CONSPIRACY KEEP PLAINTIFF'S FAMILY FROM VIEWING THE EXTENSIVE SEVERITY OF THE INJURIES. ARRIVING TO ALLRED UNIT PLAINTIFF WAS DENIED MEDICAL TREATMENT THEN DENIED SPEAKING TO SAFE PRISONS AT UCC MEETING PLAINTIFF ALERTED OTHER GUARDS WAS PLACED INTO G5 CELL CURRENTLY WAITING ILLEGALLY PUT IN A CELL WITH A MAN FARMERS V. BRENNAN (1994). A G5 PUNISHMENT FOR FILING A PREA REPORT THAT LEAD TO REFUSING HOUSING GUARDS ACKNOWLEDGE AND APPAULIGISE FOR RAPE ASSAULT (AT CELL DOOR CELL 16, 12 BLD. AT UCC MEETING McCONNELL UNIT. "TANNER"

AFTER ARRIVAL AT ALLRED UNIT WITH REALTIME COMMUNICATION ALLRED UNIT TDCJ OFFICIALS CONSPIRED WITH McCONNELL UNIT TDCJ TO KEEP PLAINTIFF NOT ONLY HIDEN FROM VIEW OF FAMILY (IN SAN ANTONIO, TEXAS), BUT ALSO DENIED STAMPS AND ENVELOPES DENYING PLAINTIFF RIGHT TO ACCESS THE COURTS EXCUSES WITHHOLDING TDCJ I.D. WOULD NOT ISSUE IN TIMELY MANNR FIRST AND FOURTEENTH AMENDMENT, P.L.R.A. T.C.C.P. RIGHT TO ACCESS THE COURTS. THIS ORCHASTRATION OF T.D.C.J OFFICIALS IS CLEAR RETALIATION, TEXAS GOVERMENT CODE IN ABOVE SAID. FURTHERMORE TDCJ TABLET ACCESS TO PHONE OR E-MESSAGES ("E-MAILS"), PURPOSELY DENIED WITH PICTURES OF MINOR CHILDREN STOLEN FROM TABLET NOW ON TDCJ OFFICIALS PERSONAL CELL PHONES ALONG WITH EXPLICIT PHOTOS OF PLAINTIFF A TRANSSEXUAL WOMEN (SRS) URL, IP ADDRESS, MODEM, CELLTOWERS WILL SHOW CONSPIRACY TO CONNALLY UNIT, McCONNELL UNIT, ALLRED UNIT, HUNTSVILLE UNIT "PENITENTARY". PRISON RADIO BROADCAST TO INCLUDE "PIGGYBACK" FREQUENCIES. STATE PATROL. MOTION FOR FEDERAL SUBPEONA OF ANY AND ALL PHONE AND E-MAIL COMMUNICATIONS WITH ABOVE SAID UNITS AND GOVENOR GREG ABBOTT, SUBPEONA PRISON PHONE CALLS. ON GOING COMPLAINT. INCLUDING FAMILY THREATENED DANGER OF LIFE & LIMB.

DAMAGES COMPENSATION:

- ANY AND ALL HOSPITAL BILLS.
- PAIN & SUFFERING.
- PERMINANTLY DISABLED.
- INDEFFINANT MEDICAL.
- SEEKING REFORM OF TDCJ TEXAS DEPARTMENT OF CRIMINAL JUSTICE.
- LEGISTLATURE REFORM.
- GOVENOR GREG ABBOTT RESIGNITION/RESIGN.
- MID-LEVEL PRACTITIONERS TO FOLLOW THE RECOMMENDATIONS OF THE LGBTQ PLUS AND WORLD PROFESSIONAL ASSOCIATION OF TRANSGENDER ~~AND TRANSSEX~~ HEALTH (WPATH).
- MONEY DAMAGES.
- CDC CHIEF DISCIPLINARY COUNSEL RESIGNATION/RESIGN.
- RESIGNATION/RESIGN OF ANY AND ALL TEXAS AGENTS INVOLED.
- AUDIT OF DISCRIMINATORY RADIO AND/OR HIGH SPEED INTERNET COMMUNICATION(S) TO INCLUDE "PIGGYBACK" FREQUENCIES AND INFERIOR FREQUENCIES AND COMMUNICATION(S). LAND, AIR & SEA.

IN RELIEF SOUGHT PETITIONER DECLARES

MOTIONS FOR FEDERAL SUBPEONAS BE GRANTED.
MOTIVATED GENDER VIOLENCE ACT.
HATE CRIME ACT.
18 USCS § 245; 249.
FIRST AMENDMENT RIGHT TO ASSOCIATE,
DENIED ACCESS TO THE COURTS, AS PRESCRIBED.
EQUAL PROTECTION UNDER THE LAW
FIFTH AND FOURTEENTH AMENDMENTS BASED ON SEX AND/OR GENDER DISCRIMINATION.
47 USCS DISCRIMINATION "HATE SPEECH".
REALTIME COMMUNICATIONS VIACOMM (FCC).
EQUAL RIGHT TEXAS CODE OF CRIMINAL PROCEDURE.
TEXAS CONSTITUTION FIRST AMENDMENT ARTICLE EIGHT.
WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH (WPATH).
HUMAN RIGHTS.
GAY RIGHTS.
EIGHTH AMENDMENT UNITED STATES CONSTITUTION.
PRESIDENT BILL CLINTON'S PRISON LITIGATION REFORM ACT. (P.L.R.A.).
DECLATORY JUDGEMENT, CONGRESS ENACTMENT (1964),
ACTIONABLE DISCRIMINATION, AFFIRMATIVE ACTION.
REQUEST FOR AFFIRMATIVE ACTION.

PRO SE PETITIONER

[signature]

DANNY ALLEN, MS. DESTYNY ALLEN