Case No. 2019CR6311
Case No. 2:25CV00111

United States Courts
Southern District of Texas
FILED

SEP 08 2025

Nathan Ochsner, Clerk of Court

# AMENDED COMPLAINT

Come now, DANNY ALLEN, hereby the LEGAL FICTION, ExParté, in FLESH & BLOOD, IN ABOVE STYLE CASE NUMBER(S) AND IN ACCORDANCE WITH THE T.C.C.P. ANY AND ALL EVIDENCE WRITEN BY PETITIONER IS ADMISSABLE TO THE COURTS. AT INITIAL POINT OF CONTACT (P.O.C.) WITH INCODENT NUMBER, DATE AND REPORT OBTAIN(ED) SO IS THE EVIDENCE OF FACT FINDER.

BACKGROUND:

On January 18, 2025 PETITIONER ARRIVES AT TDCJ McCONNELL UNIT AFTER BEING PLACE(D) IN SAFEKEEPING BY SAFE PRISONS BUILDING 12-CELL 16-B "AB", TDCJ GUARDS AND INMATES TANT(ED) AND HARRASSED PETITIONER ALONG WITH LEWD COMMENTS BY MID-LEVEL PRACTITIONERS PROVIDERS "SAYING BETTER LEARN TO WORK THAT PUSSY GIRL", IGNORING I-60 REQUESTS FOR RENEWING HORMONE TREATMENT MEDICATION ANOTHER PROVIDER "SAYING THOSE PILLS ARE FOR THE GIRLS WHO FUCK PEOPLE," MAKING CLEAR THE INTENTIONS. PETITIONER MADE IT CLEAR THERE WAS A LAWSUIT AND WAS NOT INTERESTED IN DATE(ING). THE HOSTILITY INCREASED. MID-LEVEL PRACTITIONERS VISITS ACTED AS IF THERE WAS NO MEDICAL RECORD WITH PETITIONER EXPLAIN(ING) THE HORMONE TREATMENT MEDICATION HAD BEEN PRESCRIBED SINCE JULY OF 2023. THEY STILL REFUSED TREATMENT PETITIONER EXPRESS(ED) EMOTIONAL

CONCERN, LOSS OF SLEEP, DIET DANGEROUSLY LACKING. PETITIONER EXPRESS [ED] CONCERN OVER ESTROGEN LEVELS AND BODY DEVELOPMENT, THE PROVIDER SHOW [ING] NO CONCERN AS TO RESOLVE [ING] THE ISSUE EVEN WITH THE MEDICAL HISTORY RIGHT ON THE COMPUTER SCREEN (AFFORTABLE CARE ACT. 1557 "EARLY BIRD"), PETITIONER WITH A LONG HISTORY OF BEING LGBTQ PLUS AND HORMONE TREATMENTS THAT STEMS AS FAR BACK TO 2008 BEING PRO-ACTIVE WITH THE GAY COMMUNITY SAN ANTONIO, TEXAS. THE ONGOING COMPLAINT OF I-60 [S] AND GRIEVANCES. BEING LEFT IN THE CELL WITH NO GUARDS OR PROVIDERS SHOWING UP. KNOWING THE ON-GOING COMMENTS, TO FORCE [ING] SEXUAL ACTIVITY. SHOWING THE MEDICATION BEING WITHHELD PURPOSELY AS SOME FORM OF PUNISHMENT.

ON MARCH 4, 2025. PETITIONER WAS COERCED AND THREATEN [ED] BY "ASSISSTANT WARDEN TANNER", A SARGENT AND A WOMEN GUARD HOLDING A VIDEO CAM CORDER RECORD [ING] SAID INCODENT. MOTION TO FEDERAL SUBPEONA "VIDEO CAMCORDER INCODENT". PETITIONER WAS MOVE [D] TO BUILDING EIGHT "K8"-K1-14-CELL, THE FOLLOWING DAY INMATE JOSE SALINA WAS FORCE [D] [ING] INTO THE CELL 14 WITH PETITIONER A TRANSSEXUAL WOMEN (SRS), A INAPPROPRIATE HOUSING ASSIGNMENT, FARMER V. BRENNAN (1994) SUPREME COURT. MERIWETHER V. FAULKNER (1987). WILLIAMS V. FEGUSON (2011). SMITH V. AVANTI (2017).

NORSWORTHY V. BEARD (2015). EQUAL PROTECTION CLAUSE FOURTEENTH AMENDMENT. CELL RIGHTS TEXAS LAW.
INMATE "GARCIA", SEXUAL PREA. ASSAULT:

ON MAY 3, 2025, INMATE "GARCIA", REPRESENTING HIS GANG AFFILIATION AND ORDER(ED) BY A GANG AFFILIATE(D) INMATE OF McCONNELL UNIT CHURCH GROUP OF INMATES TARGET(T)(ING) PETITIONER DUE TO BEING A TRANSSEXUAL WOMEN (SRS) THE CHURCH INMATE ORDER(ED) TO KILL THE HOMOSEXUAL. DURING THE STABBING AND VICIOUS ASSAULT INMATE "GARCIA", GRABBED BOOBS AND TRIED FORCE(D)(ING) PETITIONER'S BLOOD SOAK(ED) PANTS OFF LEAVE(ING) HIS BLOODY HAND PRINT THAT CAN BE CLEARLY SEEN ON INCODENT PHOTOGRAPH. WARDEN ("SENIOR") TANNER, STOP(P)(ED) AND STARE(D) AT THE BLOODY HAND PRINT, AND SAID HE WAS SORRY YOU GOT RAPED AND ASSAULT(ED) BUT IN THE BEST INTEREST OF McCONNELL UNIT NOTHING CAN BE DONE. BY DOING SO CREATE(S) A DELIBERATE INDIFFERENCE. PRISON ELIMINATION OF VIOLENCE IS ESSENTIAL. PRISON RAPE ELIMINATION ACT. (P.R.E.A.)

THE WORDS OF HATE ANNOUNCED BY INMATE "GARCIA" AND INCITED BY THE CHURCH GANG MEMBER(S) SAYING "SLAY THE QUEER WITCH", CONSTITUTES 18 USCS § 249. HATE CRIME ACT. GANG AFFILIATION IN THE COMMISSION OF A FELONY OF VIOLENT CRIME. GENDER MOTIVATED VIOLENCE ACT. THE PHYSICAL SEXUAL ASSAULT ONLY BECAUSE OF PETITIONER'S SEXUALITY.

INMATE "GARCIA", SAYING DURING THE ASSAULT "PEOPLE LIKE YOU SHOULD'NT EXIST", "I WANNA CUT YOUR FACE UP", "YOU WON'T EVEN FUCK ME", "I WANT TO PUNCH YOUR TITES" (MEANING BREASTS). BEFORE THE GUARDS SHOW [ED] UP THE CHURCH INMATE TELL INMATE "GARCIA" TO WASH HIS HANDS AND SAYS "YOU DID WHAT YOU HAD TO DO", CONGRADULATING EACHOTHER. INMATE "GARCIA" GRIEVANCE SHOW [ING] PREMEDITATION. WITH THE SAME CHURCH INMATES FUELING INMATE "GARCIA" ALSO KNOWN AS "VINCE" (WHICH "VINCE" IS NOT HIS REAL NAME). HE KEEP SAYING "DID YOU HEAR WHAT THEY SAID TO ME, NOT TO WORRY YOUR SAFE HERE". THE PLAN OF INMATE "GARCIA", IS CLEARLY SEEN. DECLATORY JUDGEMENT CONGRESS ENACTMENT (1964), ACTIONABLE DISCRIMINATION, AFFIRMATIVE ACTION. BIVENS CLAIM. GAY RIGHTS, CIVIL RIGHTS CLAIM. PER TTU V. RICHARDS (2025). FIRST & SEVENTH AMENDMENT UNITED STATES CONSTITUTION. P.L.R.A. P.R.E.A. UNITED STATES SUPREME COURT. FIFTH & FOURTEENTH AMENDMENT BASED ON SEX AND/OR GENDER DISCRIMINATION.

P.L.R.A. EXHAUSTION OF ADMINISTRATIVE REMEDIES.

AFTER EXHAUSTING THE REMEDIES OF THE GRIEVANCE PROCESS THE ADMINISTRATIVE GRIEVANCE PROCEDURES AVAILABLE IN ACCORDANCE WITH APPLICABLE PROCEDURAL RULES TO BRING SUIT IN FEDERAL COURT. 42 USCS § 1983. IN INMATES PURSUIT OF RELIEF.

18 USCS § 249. HATE CRIME PREVENTION ACT.

CONGRESS DID NOT EXCEED ITS THIRTEENTH AMENDMENT AUTHORITY IN ENACTING HATE CRIME PREVENTION ACT. (HCPA), 18 USCS § 249. THE HCPA IS APPROPRIATE LEGISLATION TO REMOVE BADGES, INCIDENTS, AND RELICS OF SLAVERY AND INVOLUNTARY SERVITUDE, BECAUSE THERE IS RELATIONSHIP BETWEEN SLAVERY AND RACIAL VIOLENCE.

THE HOSTAGE SITUATION CREATES THE PHYSICAL RESTRAINT OF PETITIONER CAUSE (ING) OR THREATEN (ING) THE UNLAWFUL USE OF FORCE (D) (ING) AGAINST THE PERSON USING ANY SCHEME, PLAN OR PATTERN INTENDED TO CAUSE THE INDIVIDUAL TO BELIEVE THAT, IF THE INDIVIDUAL DOES NOT PERFORM THE LABOR, SERVICES, ACTS OR PERFORMANCES, THAT INDIVIDUAL WILL SUFFER HARM OR PHYSICAL RESTRAINT.
TO FORCE (D) (ING) OR VIOLENCE BUT ALSO PSYCOLOGICAL FORCE USED TO COMPEL A PERSON TO ENGAGE IN SEXUAL INTERCOURSE AGAINST THAT PERSONS WILL. PRISON RAPE ELIMINATION ACT. (P.R.E.A.). CRUEL & UNUSUAL PUNISHMENT CLAUSE EIGHTH AMENDMENT. PERTTU V. RICHARDS (2025), FIRST & SEVENTH AMENDMENT. P.L.R.A., P.R.E.A. SUPREME COURT. FARMER V. BRENNAN (1994), SUPREME COUR FIFTH & FOURTEENTH AMENDMENT. BASED ON SEX AND/OR GENDER DISCRIMINATION. EQUAL RIGHTS.

AFFIRMATIVE ACTION.

CONGRESS ENACTMENT (1964), ACTIONABLE DISCRIMINATION, AFFIRMATIVE ACTION.

BIVENS CLAIM. CIVIL RIGHTS CLAIM. GAY RIGHTS. TEXAS GOVERMENT CODE. T.C.C.P. FIRST AMENDMENT, ARTICLE EIGHT. FEDERAL TORT CLAIM.

DAMAGES.

DEFEMATION OF CHARACTER.

MONEY DAMAGES.

INDEFINANT MEDICAL.

RECONSTUCTIVE SURGERY.

PAIN & SUFFERING.

PSYCOLOGICAL HARM.

MENTAL ANGUISH.

THE TERRIFIYING ENCOUNTER LEAVE [ING] EMOTIONAL DISTRESS, SLEEPLESS NIGHTS, DEPRIVATION, LONG SUFFERING VOID OF ANY RAPE TRAUMA ADVOCACY TO SPEAK TO, EXCRUTIATE [ING] EMOTIONAL INJURY, LIVING WITH DEEP EMOTIONAL TRAUMA WITH THE PURPOSE ACT OF TDCJ OFFICIALS HIDING PETITION-ER'S PHYSICAL INJURIES FROM FAMILY MILES AWAY IN SAN ANTONIO, TEXAS, MOVED TO ALLRED UNIT ABRUPTLY.

MOTION THE COURT TO FEDERAL SUBPEONA PHONE CALLS FROM VERIZON CELL PROVIDER AND RECORD [ED] COMMUNICATION [S] BETWEEN PETITIONER'S FAMILY LORI MORENO AND DESIREE ALLEN AND McCONNELL UNIT. ANY AND ALL PHONE CALLS. GUARDS TDCJ OFFICIALS.

MOTION THE COURT TO FEDERAL SUBPEONA. ANY AND ALL INCODENT REPORTS, TDCJ GUARDS NAMES, TDCJ OFFICIALS NAMES, HANDWRITEN LEDGERS, TO INCLUDE BODY CAM INCODENT, "ROLL THE CAMERAS", ANY AND ALL PHOTOGRAPH [S], CAMCORDER VIDEO [S].

MOTION THE COURT TO FEDERAL SUBPEONA. THE CT "CAT" SCAN FROM THE HOSPITAL CLINIC EMERGENCY ROOM FACILITY ON THE INCODENT REPORT.

MOTION TO FEDERAL SUBPEONA TO THE COURTS. INMATE "GARCIA" STATEMENTS AND ANY AND ALL WRITINGS GRIEVANCE [S], I-60 [S] ETC. TO INCLUDE ANY AND ALL CHURCH INMATES OF MAY 3, 2025, EIGHT BUILDING "K3" - CELL 68 MCCONNELL UNIT, BEEVILLE, TX.

MOTION THE COURTS TO FEDERAL SUBPEONA. ANY AND ALL TACHTICAL COMMUNICATION [S] TELECOMMUNICATION [S], INTERFACE COMMUNICATION [S], INTERFACE CONFRENCES ON AND/OR IN MCCONNELL UNIT, BEEVILLE, TX. MAY 3, 2025 IN REFERENCE TO PETITIONER, "HOPSCOTCH", OR "LILITH" OR "DESTYNY PERSONALLITY".

MOTION THE COURTS TO FEDERAL SUBPEONA. ANY AND ALL UNATHORIZED TRANSACTIONS FROM COMMISSARY, INMATES TRUST FUND ACCOUNT TO INCLUDE MONEY TRANSFERS THRU NUMEROUS JAY PAY, MONEY TREE ANY AND ALL MONEY TRANSFER AND/OR TRANSACTIONS FROM LORI MORENO'S ACCOUNT TO MCCONNELL UNIT, BEEVILLE, TX. JANURARY 18, 2025 TO PRESENT DAY. ALLRED UNIT, IOWA PARK, TEXAS.

MOTION THE COURTS TO FEDERAL SUBPEONA. ANY AND ALL INTERNET POSTS OF SOCIAL MEDIA IN REFERENCE TO ABOVE SAID.

THIS AMENDED COMPLAINT TO EXPOUND ON INITIAL COMPLAINT IN SUPPORT OF ANY AND ALL FOREGOING IN REFERENCE TO CASE NUMBER 2:25CV00111.

A FIFTEEN PAGE DOCUMENT OF 42USCS § 1983. WITH NUMEROUS DEFENDANTS NAMES ATTACHED WAS SENT MID-AUGUST THE ENVELOPE HAD FOUR STAMPS, THROUGH THESE ONGOING FEDERAL COMPLAINTS PETITIONER HAS EXPERIENCE(D) MAIL BEING STOLEN, LEGAL MAIL, PETITIONER IS MAKING THE COURTS AWARE. FROM CONNALLY UNIT, JUNE, 2023 TO JANURARY 18, 2025. McCONNELL UNIT, JANURARY 18, 2025 TO JUNE 2, 2025. ALLRED UNIT, JUNE 2, 2025 TO PRESENT.

PETITIONER IN RELIEF SOUGHT DECLARES FOREGOING TO BE TRUE & ACCURATE. UNDER THE PENALTY OF PERJURY THIS 31 DAY AUGUST, 2025.

PRO SE PETITIONER
GRANTED BY UNITED STATES
DISTRICT COURT WESTERN DISTRICT
SAN ANTONIO DIVISION OF TEXAS.

DANNY ALLEN, DESTYNY ALLEN

[signature]